No. 12–5751. TINDALL *v.* FREIGHTQUOTE.COM, INC. C. A. 10th Cir. Certiorari denied.

No. 12–5753. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5755. ALEXANDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5757. PRATT *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 12–5762. LAMONDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5764. VERBURG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5766. THOMAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–5767. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5769. CERDA-ENRIQUEZ, AKA MADRAIGAL, AKA MENDES, AKA ENRIQUEZ CERDA, AKA GUZMAN, AKA MADRIGA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5770. SHIELDS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5777. MONTGOMERY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5779. KILBURN *v.* SPENCER, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 12–5781. JIMENEZ-ESPINOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5787. SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.